# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

January 31, 2018

## LETTER ORDER

Re:   **Kapanadze v. J.P. Morgan Chase & Co., et al.**
      **Civil Action No. 17-12190 (FLW)**

Dear Counsel:

As discussed during the Initial Conference held yesterday, formal discovery is stayed. The parties shall, however, exchange information necessary to facilitate settlement. A written status update shall be submitted to the Court by **March 9, 2018**.

   **IT IS SO ORDERED.**

                             s/ Tonianne J. Bongiovanni
                          **TONIANNE J. BONGIOVANNI**
                          **United States Magistrate Judge**