

**Nana Boyer**
Direct Phone:  +1 212 549 0282
Email:  nboyer@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 9, 2018

**Via ECF**

Hon. Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      *Re:  Alex Kapanadze v. J.P. Morgan Chase & Co., et al.*
         *3:17-cv-12190 (DNJ)*

Dear Judge Bongiovanni:

We represent Defendant Allied Interstate LLC ("Allied") in the above-captioned matter.

We write, jointly with Plaintiff and co-Defendant Chase Bank USA, N.A., to provide you with a status update regarding the exchange of information necessary to facilitate settlement as directed in the Court's Order dated January 31, 2018 [Dkt. No. 10].  At this time Defendant has provided Plaintiff with the requisite documentation.  However, the parties need additional time to evaluate the documents exchanged and discuss resolution.  Accordingly, the parties respectfully request two weeks to do so and ask for an opportunity to provide a further status update to the Court by Friday, March 23.

Counsel for both Plaintiff and Defendant Chase Bank USA, N.A. have consented to this proposed timeline. There are no other dates currently scheduled in this matter and thus the extension will not affect the Court's schedule.

We thank the Court for its attention to this matter.

Respectfully submitted,


*/s/ Nana Boyer (Japaridze)*


Nana Boyer (Japaridze)

cc:    All Counsel of record (via ECF)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ ATHENS ♦ KAZAKHSTAN